# EXHIBIT A

209.6.50.65
209.6.72.13
66.189.69.147