IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| GUAVA LLC,<br><br>    Plaintiff,<br>v.<br><br>SKYLER CASE,<br><br>    Defendant. | No. 2012-L-7363 |

## AGREED ORDER

THIS CAUSE coming to be heard on the parties' motion to enter this Agreed Authorizing Order,

**IT IS HEREBY ORDERED:**

Plaintiff is found to have demonstrated that the personally identifying information of the Internet Service Provider subscribers identified by Plaintiff's agents is relevant and material to this matter and there is good cause for discovery of this information.

Plaintiff's motion pursuant to Section 551 of the Cable Communications Policy Act 47 U.S.C. § 551 is granted, and Internet Service Providers including, but not limited to, the Internet Service Providers listed in Exhibit A hereto are hereby authorized to disclose the personally identifiable information of cable operator subscribers for use in this action, pursuant to Section 551 of the Cable Communications Policy Act.

AGREED AND ACCEPTED BY:

GUAVA, LLC

_____
One of its attorneys

7/27/12
Date

-AND-

SKYLER CASE

_____
One of his attorneys

7/27/12
Date

Paul A. Duffy, Esq., #485517
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
(312) 952-6136
Atty No. 6210496

Adam E. Urbanczyk
Au, LLC
365 N. Jefferson St., #712
(312) 715-7312
adamu@torrentlitigation.com

**ENTERED**

Entered     JUL 30 2012

ASSOC. JUDGE BRIGID MARY McGRATH
CIRCUIT COURT - #1800

## Exhibit A

702 Communications
Accipiter Communications, Inc.
Acenet Inc.
Adams Networks, Inc.
Advanced Cable Communications
Advanced Colocation Services
Advanced Tel, Inc.
Aeneas Communications, LLC
Aerioconnect
Aero Group Inc
Air Advantage
Aircanopy N/K/A Skybeam Texas
Airstream Communications, LLC
Alenco Communications, Inc.
Alltel Communications, LLC
Aol, Inc.
Armstrong
Arvig Enterprise Inc.
Ashland Fiber Network
Atlantic Broadband, LLC
Atlantic Broadband Finance, LLC
Ayera Technologies, Inc.
Baja Broadband Management, Inc.
Bel Air Internet LLC
Bel-Rea, Inc.
Bend Cable Communications, LLC
Biddeford Internet Corp.
Big Sandy Broadband, Inc.
Black Oak Computers
Bluegrass Networks LLC
Blue Ridge Websoft, LLC
Brandenburg Telephone Company
Brazoria Telephone Company
Bright House Networks, LLC
Broadstripe, LLC
Buckeye Cablevision Inc
Bulloch Telephone Cooperative
Burlington Telecom
Burstnet Technologies, Inc.
Cable America Missouri LLC
Cable One Inc.
Cablevision Systems Corporation
Cable Tv Of East Alabama
Cameron Communications, LLC
Cascade Link LLC
Cavalier Telephone, L.L.C.
Central Telephone Company Of Virginia
Centurylink, Inc.
Centurylink, Inc.
Centurytel
Centurytel Broadband Services, LLC
Charter Communications, LLC
Chester Telephone Company
Cincinnati Bell, Inc.
Cinergy Metronet, Inc
Circle Computer Resources, Inc.
Clear Wireless LLC
Cma Communications
Cogent Communications, Inc.
Comcast Cable Holdings, LLC
Comporium Wireless, LLC
Compudyne, Inc.
Comsouth Corp.
Consolidated Communications, Inc.
Conway Corporation
Conxion Corporation
Covad Communications Company
Covad Communications Group, Inc.
Cox Communications, Inc.
Cox Communications Inc.
Craw-Kan Telephone Cooperative, Inc
Cricket Communications, Inc.
Csc Holdings, LLC
Curatel, LLC
Dataframe Logistics, Inc.
Dcs Pacific Star
Direcpath, LLC
Dtc Communications, Inc.
Earthlink, Inc.
Elauwit Networks, LLC
Electric Power Board Of Chattanooga
Ellijay Telephone Company
Embarq Communication, Inc.
Emery Telecommunications & Video, Inc.
Enventis Telecom, Inc.
Easystreet Online Services, Inc.
Ets Telephone Company
Evertek Inc.
Exwire, Inc.
Fairpoint Communications
Fast Serv Networks, LLC
Fidelity Networks
Fidelity Communications Co.
Floresville Electric Light & Power Systems
Fortress Integrated Technologies
Freewire Broadband, LLC
Frontier Communications
Frontier Communications Corporate Services Inc.
Frontier Communications Of Illinois, Inc.
Frontier Communications Of America, Inc.
Csinet Internet Access Corp
General Communication, Inc.
Getnet, Inc.
Geus
Global Net Access, LLC
Gmp Cable Television
Gorge Networks Inc.
Grande Communications

Grayson-Collins Electric Cooperative
Great Lakes Comnet, Inc.
City Of Wilson, Nc
Guadalupe Valley Telephone Cooperative, Inc.
Hargray Communications Group, Inc
Harrisonville Telephone
Hc Cable Opco, LLC
Heath Internet
Hector Communications Corp.
Hemingford Cooperative Telephone Co.
Hickory Tech Corporation
Highland Communications
Home Telephone Company, Inc.
Home Town Telephone, LLC
Hopkinsville Electric System
Host.Net
Hosting Services, Inc.
Hotwire Communications, LLC
Htc Communications, LLC
Hurrican Electric, LLC
Hutchinson Telephone Company
Ibec, Inc.
Icore Networks Inc.
Ideaone Telecom Group, LLC
Ifiber Communications Corporation
Ikano Communications, Inc.
Illinois Institute Of Technology
Imon Communications, LLC
Indiana Fiber Network, LLC
Infobahn Outfitters Incorporated
Information Sciences Institute
Inline Connections, Inc.
Insight Communications Company, L.P.
Integra Telecom, Inc.
Intermax Networks
Internap Network Services Corporation
Internet Consulting Services, LLC
Ipnetzone Communications, Inc.
The Iserv Company LLC
Isomedia, Incorporated
Itc Deltacom, Inc
Jab Broadband
Jab Wireless, Inc.
Jackson Energy Authority
James Cable, LLC
Kmt Telecom
Knology, Inc.
Lafayette Consolidated Government
Level 3 Communications, LLC
Local Internet Services Company,
Localtel Communications
Long Lines, LLC
Marco Island Cable, Inc.
Mashell Telecom, Inc.
Massillon Cable Communications, Inc.
Mdu Enterprises, Inc.

Mediacom LLC
Mediacom Communications Corporation
Metrocast Communications Of Connecticut
Metrocast Cablevision Of New Hampsire, LLC
Midcontinent Media, Inc.
Middleburgh Telephone Company
Mid-Hudson Cablevision, Inc.
Millennium Telcom, LLC
Morris Broadband, LLC
Nathan Sherman Enterprises
Nelsonville Tv Cable
New Edge Networks, Inc.
Newnan Utilities
Nexband Communications. Inc.
Nobis Technology Group, LLC
North State Telephone Co.
Northern Valley Communications, LLC
Northland Cable Television, Inc.
Norwood Light Broadband/City Of Norwood
Npg Cable, Inc.
Ntelos Cable, Inc
Oc3 Networks & Web Solutions, LLC
Oceanic Internet
Openband Multimedia, LLC
Orbitcom, Inc.
Orbitel Communications, L.L.C.
Otelco Telecommunications, LLC
Paetec Communications, Inc.
Partnership Broadband
Pavlov Media, Inc.
Paxio, Inc.
Peak Internet, LLC
Peer 1 Network (Usa), Inc.
Penteledata, Inc.
Perry-Spencer Communications, Inc
Pioneer Telephone Cooperative
Pixius Communications, LLC
Pnds, LLC
Polar Communications Mutual Aid Corporation
Pocketinet Communications, Inc.
Port Networks, LLC
Premier Communications, Inc.
Qwest Corporation
Qx Networking & Design, Inc.
Rainbow Communications
Rapid Systems, Inc.
Rapid Wave, LLC
Raser, Inc.
Razzo Link, Inc.
Rcn Telecom Services, Inc.
Redshift, Inc.
Reliablehosting.Com
Reserve Telephone Company Inc.
Resort Television Cable Company, Inc.
Restech Services, LLC
Roadstar Internet Inc.

Rtc Communications Corporation
Saddle Mountain Wireless, Inc.
Sbc Internet Services, Inc.
Sdn Communications, Inc.
Secured Servers, LLC
Sei Data, Inc.
Selectronics Corporation
Shenandoah Telecommunications Company
Shrewsbury Electric & Cable Operations
Skybest Communications, Inc.
Skyriver Communications, Inc.
Smithville Digital, LLC
Softcom Internet Communications, Inc.
Softlayer Technologies, Inc.
Sonic.Net, Inc.
Southern Kansas Telephone Company
Southeast Telephone
Se Acquisitions, LLC
Southwest Cyberport, Inc.
Sovernet, Inc.
Spartan Net Co.
Speakeasy Broadband Services, LLC
Spectrum Netorks, Inc.
Spirit Telecom
Sprint Pcs
Srt Communications, Inc.
Star Wireless, Inc.
Stephouse Networks
Strata Networks
Suddenlink Communications
Summit Broadband, Inc.
Surewest Broadband
Surfnet Communications, Inc.
Syringa Networks, LLC
Talk America, Inc.
T6 Wireless, Inc.
Telecommunications Management, LLC
Tw Telecom Holdings, Inc.
Time Warner Cable, LLC
Time Warner, Inc.
Transbeam, Inc.
Tri-County Communications Cooperative, Inc.
Troy Cablevision
Tullahoma Utilities Board
Tvmax Holdings, Inc.

Twin Lakes Telephone Cooperative Corp.
Ubtanet
Unwired Broadband, Inc.
Us Cable Of Paramus-Hillsdale
Us Cable Of Coastal-Texas, Lp
Us Internet Corp.
V2 Ventures LLC
Vvm, Inc.
Veracity Networks, LLC
Verizon Online, LLC
Vision Communications, LLC
Volcano Telephone Company
Volumedrive, Inc.
Hurricane Electric
Verizon Wireless Services, LLC
Versaweb, LLC
Visionary Communications, Inc.
Vitelity Communications, LLC
Vpntranet, LLC
Wandering Wifi, LLC
W.A.T.C.H. Tv Company
Wavedivision Holdings, LLC
Wayport
Webpass, Inc.
Wehco Media, Inc
West Alabama Tv Cable Company, Inc
Westnet
Wideopenwest Finance, LLC
Wiline Networks Inc.
Wildblue Communications, Inc.
Wilkes Communications, Inc.
Willamette Valley Internet
Windjammer Communications, LLC
Windstream Communications, Inc.
Wispernet
Xanadoo, LLC
Xmission, Lc
Xo Communications Services, Inc.
Yadkin Valley Telecom, Inc.
Ygnition Networks, Inc.
Zeecon Wireless
Hurricane Electric
Yhc Corporation
Acceleration Labs