IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUAVA, LLC<br><br>      Plaintiff,<br>v.<br><br>JOHN DOE,<br><br>      Defendant. | Civil A. No.: 1:12-CV-11880-FDS |

**[PROPOSED] ORDER DENYING MOVANT'S MOTION FOR COSTS, STAY OF PROCEEDINGS, AND PROTECTIVE ORDER**

THIS CAUSE is before the Court on a Joint Motion for Costs and Stay of Proceedings Pursuant to Fed R. Civ. P. 41(d), and for Protective Order Pursuant to Fed. R. Civ. P. 26(c) that has been submitted by three anonymous Movants.

THIS COURT has reviewed Movants' Motion, Plaintiff's Response, the pertinent portions of the record, and relevant case law, and is otherwise fully apprised of the premise. Accordingly, it is hereby

ORDERED that Movants' Joint Motion for Costs and Stay of Proceedings Pursuant to Fed. R. Civ. P. 41(d), and for Protective Order Pursuant to Fed. R. Civ. P. 26(c) is DENIED

IT IS SO ORDERED.

Date: _____          _____

                                                                               United States District Judge