UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GUAVA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 12-11880-FDS |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

### PROTECTIVE ORDER

**SAYLOR, J.**

It is hereby ORDERED that plainitff Guava, LLC, refrain from disclosing or acting upon, except as may reasonably be necessary to conduct this litigation, any identifying information obtained in response to a Rule 45 subpoena served on an Internet Service Provider (ISP) pursuant to the Court's prior order of November 14, 2012, granting plaintiff's *ex parte* motion for expedited discovery.

For the purposes of this order, "identifying information" includes, but is not limited to the names, current (and permanent) addresses, telephone numbers, e-mail addresses, and Media Access Control addresses of individuals associated with the internet protocol (IP) addresses referenced in the subpoenas.

For the purposes of this order, "disclosing or acting upon" the identifying information includes, but is not limited to, using the information to:  name individuals as defendants in any other matter; name individuals as witnesses, persons of interest, or "co-conspirators" in any other matter; attempt to elicit settlement payments from individuals in any other matter; or perform

any other action that is likely to reveal the identifying information to the public.

For the purposes of this order, "this litigation" shall refer to the case now before this Court, *Guava, LLC v. John Doe*, 12-cv-11880 (D. Mass. filed Oct. 5, 2012).

This order may be modified upon a showing of good cause.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: February 6, 2013