## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GUAVA, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO. <u>1:12-11880-FDS</u> |
| JOHN DOE, | ) | |
| Defendant. | ) | |

## <u>ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

 In accordance with the Court's ruling from the bench on April 4, 2013, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be dismissed.

          So Ordered.

          F. DENNIS SAYLOR, IV
          UNITED STATES DISTRICT JUDGE

          By the Court:
<u>April 5, 2013</u>      <u>/s/ Pietro Cicolini</u>
Date          Deputy Clerk