IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Guava, LLC )
)
)
vs. ) No. 2012-L-7363
)
Case )
)
)



## CASE MANAGEMENT ORDER

✓ This case is before the court for ___ initial ✓ subsequent status, or motion, counsel for ✓ plaintiff, ✓ defendant, ___ third party defendant present, it is hereby ordered:

4296 1. Non-opinion written discovery to be completed by _____
4218 2. Non-opinion oral discovery to be completed by _____
4296 3. _____ shall complete outstanding written discovery by _____
4218 4. _____ shall be presented for deposition by _____
4253 5. Plaintiff shall serve Rule 213 f (2) and (3) disclosures by _____
4253 6. Defendant shall serve Rule 213 f (2) and (3) disclosures by _____
4218 7. Plaintiff's 213 f (2) and (3) witnesses to be deposed by _____
4218 8. Defendant's 213 f (2) and (3) witnesses to be deposed by _____
4295 9. All discovery to be completed by _____
4231 10. All dispositive motions shall be filed and noticed no later than _____
4619 11. This matter is continued to _____ at _____ for:
(check one or more)
___ Service Status          ___ Pleadings Status       ___ Written Discovery Status
___ Compliance Status       ___ Settlement Status      ___ Oral Discovery Status
___ Default / Prove Up      ___ Final Pretrial         ___ Expert Discovery Status
___ Pretrial (parties must be present unless excused by order of Court)
___ Other
4482 12. Jury/Bench trial is set to begin on _____ at 10:30 a.m.

4040

It is further ordered: Plaintiff's case is voluntarily dismissed without prejudice with the plaintiff reserving the right to refile, each party bearing its own costs. Plaintiff's contemporary motion for protective order is ~~denied~~ moot.

ENTERED
JUDGE SANJAY TAILOR-1870
FEB 20 2013
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY
DEPUTY CLERK _____

Atty No. 46859
Atty Name: Adam E. Urbanczyk
Attorney for: Defendant
Address: 305 N. Jefferson 712
City: Chicago, IL 60661
Phone: (312) 715-7312

Judge Sanjay T. Tailor    No. 1870

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois